IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ISAAC WILSON LLOYD,

      Plaintiff,

v.                                      Case No.  4:16cv781-MW/CAS

MAJOR JEFFERY A. BELL,

      Defendant.
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 8.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.    The Clerk shall enter judgment stating, "The Plaintiff's amended complaint, ECF No. 6, is **DISMISSED** for failure to state a claim upon which relief may be granted."   The Clerk shall close the file.

**SO ORDERED on February 10, 2017.**

                                                    **s/Mark E. Walker                 **
                                                    **United States District Judge**